**AFFIRMED as MODIFIED and Opinion Filed August 28, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00651-CR**

**GONZALO BUSTOS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F22-56768-K**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Appellant was indicted for aggravated robbery but the jury found him guilty of the lesser-included offense of robbery. The jury assessed punishment at twenty-two years in prison and a $5000 fine.

In a single issue, appellant argues the Court should modify the judgment to reflect the correct statute for the offense. The State agrees, and in a cross-point, argues the judgment should also be modified to reflect the correct name of the prosecutor.

We sustain appellant's issue and the State's cross-point and modify the judgment as requested. As modified, the judgment is affirmed.

We may modify a judgment to make the record speak the truth when we have the information necessary to do so. *See Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd); *see also* TEX. R. APP. P. 43.2(b). The judgment reads "29.03 Penal Code" under "Statute for Offense." The record, however, shows the jury convicted appellant of the lesser-included offense of robbery. We therefore modify the judgment to reflect that appellant was convicted of robbery under TEX. PENAL CODE ANN. § 29.02.

Further, the judgment currently states that Caitlin Paver represented the State. But the record reflects that Marissa Hatchett prosecuted the trial. We modify the judgment to reflect that Marissa Hatchett appeared as the attorney for the State.

As modified, the trial court's judgment is affirmed.

/Dennise Garcia/
_____
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
230651F.U05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GONZALO BUSTOS, Appellant

No. 05-23-00651-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F22-56768-K.
Opinion delivered by Justice Garcia. Justices Pedersen, III and Smith participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** to reflect that appellant was convicted under Tex. Penal Code Ann. § 29.02 and Marissa Hatchett appeared as the attorney for the State.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered August 28, 2024